# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANTOINETTE JANE TYRER,

      Plaintiff,

v.

      Case No. 12-13711
      Hon. Gerald E. Rosen
      Magistrate Judge David R. Grand

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       August 26, 2013

      PRESENT: Honorable Gerald E. Rosen
                        Chief Judge, United States District Court

      On May 29, 2013, Magistrate Judge David R. Grand issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Antoinette Jane Tyrer's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment.  No objections have been filed to the R & R.  Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court concurs in the thorough analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's May 29, 2013 Report and Recommendation (docket #18) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's December 20, 2012 motion for summary judgment (docket #13) is DENIED, and that Defendant's March 22, 2013 motion for summary judgment (docket #16) is GRANTED.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated:  August 26, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 26, 2013, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135